IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ULYSSES ROBINSON, JR.

INDICTMENT

3:25.cr.74/TKW

_____/

THE GRAND JURY CHARGES:

COUNT ONE

On or about December 16, 2024, in the Northern District of Florida, the defendant,

**ULYSSES ROBINSON, JR.,**

did knowingly obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendant did knowingly take and obtain United States currency and a controlled substance from the persons and in the presence of persons located at a business on North Davis Highway, Pensacola, Florida, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to those persons.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

Returned in open court pursuant to Rule 6(f)

Date: 4/15/2025

United States Magistrate Judge

## COUNT TWO

On or about December 16, 2024, in the Northern District of Florida, the defendant,

**ULYSSES ROBINSON, JR.,**

did knowingly discharge, use, and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by threats and violence, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT THREE

On or about December 16, 2024, in the Northern District of Florida, the defendant,

**ULYSSES ROBINSON, JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about July 3, 2001, **ULYSSES ROBINSON, JR.,** was convicted in the State of Florida of Aggravated Batt w/ Deadly Weapon and Robbery w/ Deadly Weapon;

      b.    On or about October 2, 2014, **ULYSSES ROBINSON, JR.,** was convicted in the State of Florida of Felony Battery; and

      c.    On or about October 26, 2015, **ULYSSES ROBINSON, JR.,** was convicted in the State of Florida of Possess of Weapon or Ammo by Convicted FLA Felon.

2.    For each of these crimes, **ULYSSES ROBINSON, JR.,** was subject to punishment by a term of imprisonment exceeding one year.

3.    Thereafter, **ULYSSES ROBINSON, JR.,** did knowingly possess a firearm and ammunition.

4.    This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

On or about January 8, 2025, in the Northern District of Florida, the defendant,

**ULYSSES ROBINSON, JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

    1.    a.    On or about July 3, 2001, **ULYSSES ROBINSON, JR.** was

                convicted in the State of Florida of Aggravated Batt w/ Deadly Weapon and Robbery w/ Deadly Weapon;

    b.    On or about October 2, 2014, **ULYSSES ROBINSON, JR.,** was convicted in the State of Florida of Felony Battery; and

    c.    On or about October 26, 2015, **ULYSSES ROBINSON, JR.,** was convicted in the State of Florida of Possess of Weapon or Ammo by Convicted FLA Felon.

2.    For each of these crimes, **ULYSSES ROBINSON, JR.,** was subject to punishment by a term of imprisonment exceeding one year.

3.    Thereafter, **ULYSSES ROBINSON, JR.,** did knowingly possess a firearm, to wit, a Geisler 9 millimeter pistol, and assorted 9 millimeter ammunition.

4.    This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### INTERFERENCE WITH COMMERCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

From his engagement in the violation alleged in Count One of this Indictment, the defendant,

**ULYSSES ROBINSON, JR.,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offense.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred, sold to, or deposited with a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Two, Three, and Four of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**ULYSSES ROBINSON, JR.,**

5

knowingly committed the violations set forth in Counts Two, Three, and Four of this Indictment, any and all interest that the defendant has in the firearms and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

███████████████████
FOREPERSON

4/15/25
DATE

MICHELLE SPAVEN
Acting United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney